IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY NAGONKO
BATTISTA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

          Appellant,

CASE NO. 1D15-5702

v.

STATE OF FLORIDA,

          Appellee.

_____/

Opinion filed July 6, 2017.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Adam L. Morrison and Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live
Oak, for Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

          AFFIRMED.

B.L. THOMAS, C.J., LEWIS, and ROWE, JJ., CONCUR.